AO 91 (Rev. 11/11) Criminal Complaint

Eastern District of Kentucky
**FILED**
Oct - 31 2025
Robert R. Carr
Clerk, U.S. District Court

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

United States of America
v.
Luis Juan Martin Sanoni Garcia, aka CV

*Defendant(s)*

Case No. 2:25-MJ-2592-CJS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 31, 2023 in the county of Gallatin in the Eastern District of Kentucky, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1015(e) | False Statement of Citizenship to Obtain Employment |
| 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft |

This criminal complaint is based on these facts:

See attached affidavit of HSI Special Agent Justin Manning.

☑ Continued on the attached sheet.

Justin Manning by CJS w/ permission
*Complainant's signature*

Justin Manning, Special Agent, HSI
*Printed name and title*

After verifying identity, Complainant swore to the Complaint by telephone, and it was signed for Complainant with consent, the process complying with Federal Criminal Rules 4.1 and 4(d), the Court having received the Complaint and having transmitted the Arrest Warrant, by email.

**Signed By:**
***Candace J. Smith*** CJS
**United States Magistrate Judge**
*Judge's signature*

Date: October 31, 2025

City and state: Covington, Kentucky

Candace J. Smith, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

Your Affiant, Special Agent Justin Manning, Homeland Security Investigations (HSI), being duly sworn, deposes and says:

**Introduction**

1. I am an investigative or law enforcement officer of the United States (U.S.) within the meaning of Section 2510(7) of Title 18, United States Code, and empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18, United States Code §§ 1015(e) and 1028A, among other crimes.

2. I am a Special Agent (SA) with the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I have been so employed since September 2019, and I am presently assigned to the Resident Agent in Charge Office Northern Kentucky. My duties include the investigating violations of federal criminal laws, including those offenses enumerated in Title 18, United States Code. I have attended the Federal Law Enforcement Training Center (FLETC) where training was conducted pertaining to these types of investigations.

3. This affidavit is based upon my personal knowledge and information reported to me by federal and local law enforcement officers and others with knowledge of the case. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

4. I have not included every fact that has been revealed through the course of this investigation, rather I have set forth only the facts that are believed to be necessary to establish probable cause for the issuance of a Criminal Complaint and an arrest warrant.

**Results of Investigation**

5. On or about October 4, 2025, Gallatin County Sheriff Department deputies were dispatched to a residence at 284 Country View Lane, Ghent, Gallatin County, Kentucky, for a domestic complaint (verbal dispute only). Upon arriving at the residence, deputies encountered the individual subsequently identified as Luis Juan Martin SANONI-Garcia ("Sanoni"), along with his wife.

6. SANONI initially identified himself as C.V.[1] by providing a Kentucky operator's license and social security card in the name of C.V. SANONI's wife, however, provided deputies with a Cuban birth certificate in the name of "Luis Juan Martin Sanoni Garcia." SANONI subsequently admitted to deputies that Luis Juan Martin Sanoni Garcia was his true name.

7. On or about October 11, 2025, Gallatin County Sheriff Department deputies returned to SANONI's residence and interviewed him. After receiving *Miranda* warnings, SANONI again admitted that his true name was Luis Juan Martin Sanoni Garcia and provided his true date of birth. SANONI further admitted that he obtained C.V.'s identity information 15-20 years ago to use for employment.

7. On or about October 14, 2025, I interviewed SANONI at the Kenton County Detention Center in Covington, Kentucky. During the interview, SANONI again admitted that his true name was Luis Juan Martin Sanoni-Garcia and provided his date of birth. SANONI stated that he entered the country illegally approximately 25 years ago,

---

[1] Initials are used to protect the identity of the victim of identity theft.

and that more than 15 years ago, he began to use C.V.'s name, date of birth, and social security number to obtain employment.

8. On or about October 16, 2025, I interviewed Equipment Mechanic Services Supervisor Paul Marksberry and obtained a USCIS Form I-9 submitted to the company. The I-9, which was dated July 31, 2023, was submitted with C.V.'s name, date of birth, and social security number, but listed SANONI's address in Ghent, Kentucky. The box "A citizen of the United States" was checked on the I-9. Additionally, Supervisor Marksberry provided me with a photocopy of the driver's license and social security card submitted along with the I-9. The Kentucky driver's license was genuinely issued in the name and date of birth of C.V. but displayed a photo of SANONI. The social security card was also in the name of C.V. Supervisor Marksberry told me that the employee he knew as C.V. completed the I-9 in person at their address in Warsaw, Gallatin County, Kentucky.

9. On or about October 21, 2025, I conducted a telephonic interview with Industrial Field Maintenance, LLC, Office Manager CJ Sapp. Following the phone call, I obtained an I-9 from the company, which was dated March 3, 2021, and which was submitted with C.V.'s name, date of birth, and social security number. The listed address was in Bedford, Indiana. The box "A citizen of the United States" was checked on the I-9. Industrial Field Maintenance, LLC, also provided me with a photocopy of the driver's license and social security card submitted along with the I-9. The Kentucky driver's license was issued in the name and date of birth of C.V. but displayed a photo of SANONI. The social security card was in the name of C.V.

10. On or about October 27, 2025, I conducted a telephonic interview with Kentucky Transportation Cabinet, Department of Vehicle Regulation, Division of Driver's Licensing – Hearings/Fraud Section Administrative Supervisor Melissa Moore. Following the phone call, I obtained records from their office that indicated that a Kentucky driver's license was issued in the name of C.V. The driver's license displayed a photo of SANONI with the identity information of C.V., which proves that SANONI obtained the driver's license in C.V.'s name. The driver's license was renewed in 2024 at a location in Independence, Kenton County, Kentucky. The 2024 renewal application, also submitted under the name C.V., states that the applicant is a citizen of the United States. Based on a review of the provided documents, probable cause exists that SANONI has used C.V.'s identity to obtain a Kentucky operator's license dating back to July 2012.

11. Based on the facts known in this investigation and the review of ICE and HSI immigration databases, SANONI was determined to be a citizen of Peru illegally present in the United States. Additionally, there is no evidence of an application for admission into the United States for SANONI.

12. C.V. is a United States citizen born in Puerto Rico. Information obtained in this investigation revealed that C.V. has the date of birth and social security number that were used in the I-9s submitted to Equipment Mechanic Services and Industrial Field Maintenance.

13. Based on the above information, probable cause exists that on or about July 31, 2023, in Gallatin County, Kentucky, Luis Juan Martin SANONI-Garcia violated 18

U.S.C. § 1015(e) (False Statement to Obtain Employment) and 18 U.S.C. § 1028A(a)(1) (Aggravated Identity Theft).

14. I state that the above information is true and correct to the best of my knowledge and request that this Criminal Complaint and corresponding arrest warrant be issued.

Respectfully submitted,

Justin Manning by CJS w/ permission

Justin Manning, Special Agent
Homeland Security Investigations
Ft. Mitchell, Kentucky

Sworn to before me by the Affiant via telephone and subscribed for the Affiant with his consent this 31st day of October, 2025.

**Signed By:**
***Candace J. Smith***
**United States Magistrate Judge**

**<u>PENALTIES</u>:**

**18 U.S.C. § 1015(e) (False Statement to Obtain Employment)**

Not more than 5 years imprisonment, a $250,000 fine, and three years of supervised release.

**18 U.S.C. § 1028A(a)(1) (Aggravated Identity Theft)**

Two years imprisonment to run consecutively to any other term of imprisonment imposed.